**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

NEIDA ROSA PARRA MOLINA,    )
    )
    Petitioner,    )
    )
-vs-    )    NO. CIV-26-0456-HE
    )
MARKWAYNE MULLIN, et al.,    )
    )
    Respondents.    )

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus is granted in part.

**IT IS SO ORDERED**.

Dated this 7th day of April, 2026.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE